Joe Edwin CLEM *v.* STATE of Arkansas

CR 01-1436                                        68 S.W.3d 289

Supreme Court of Arkansas
Opinion delivered January 17, 2002

*Jon A. Williams* and *Val Price*, for appellant.

No response.

PER CURIAM. Appellant Joe Edwin Clem, by and through his attorneys, has filed a motion for rule on clerk. His attorneys, Jon A. Williams and Val Price, state in the motion that the record was tendered late due to a mistake on their part.

We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re Belated Appeals in Criminal Cases,* 265 Ark. 964 (1979) (*per curiam*).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.